UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LATOSHA MCINTYRE SLACK CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY COURTHOUSE,<br><br>Defendants. | Case No.  2:23-cv-00150-APG-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed an Initiating Document with the Clerk of Court in an apparent attempt to commence a civil action in the Court.  ECF No. 1-1.  However, Plaintiff did not submit a complaint, and neither filed a complete application to proceed *in forma pauperis* nor paid the filing fee.  In order to commence a case in federal court Plaintiff must do the following:

1. Either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* (*see* 28 U.S.C. § 1915(a)(1); U.S. District Court for the District of Nevada Local Rule LSR 1-1); and,

2. Comply with Local Special Rule 2-1 requiring a civil rights complaint filed by a person who is not represented by an attorney to be submitted on the form provided by the Court.

Plaintiff's initiating document is not on the Court's form, identifies one Defendant, Clark County Courthouse, which is not a proper defendant, and fails to state a claim upon which relief may be granted.  *Yates v. NaphCare*, Case No. 2:12-cv-01865-JCM, 2013 WL 4519349, at *3 (D. Nev. Aug. 23, 2013) (dismissing plaintiff's complaint against Clark County Detention Center); *Belssner v. Nevada*, Case No. 2:15-cv-00672-APG-PAL, 2017 WL 2990848, at *1 (D. Nev. July 12, 2017) (dismissing plaintiff's complaint against the Regional Justice Center).  The Court provides Plaintiff **one** opportunity to correct her errors.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a non prisoner, together with the document titled Information and Instructions for Filing an *in forma pauperis* Application.

IT IS FURTHER ORDERED that the Clerk of Court must also send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that on or before **April 1, 2023**, Plaintiff must (1) file a complaint on the Court's form that includes all defendants and causes of actions she wishes to present supported by facts that support the elements of the claims asserted; and (2) either a complete application to proceed *in forma pauperis* by a non prisoner, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1, or pay the $402 filing fee for a civil action.

IT IS FURTHER ORDERED that if Plaintiff fails to file a complaint in compliance with LSR 2-1 and either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **April 1, 2023**, the Court will recommend dismissal of this action without prejudice. A dismissal without prejudice allows Plaintiff to file her case with the Court, under a new case number, when she is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED this 1st day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE