# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATOSHA MCINTYRE SLACK CAMPBELL,<br><br>       Plaintiff,<br><br>v.<br><br>CLARK COUNTY COURTHOUSE,<br><br>       Defendants. | Case No. 2:23-cv-0150-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>(ECF No. 9) |

On April 10, 2023, Magistrate Judge Youchah recommended dismissal of plaintiff Latosha Campbell's complaint because Campbell did not comply with Judge Youchah's deadline to file a complaint and a complete *in forma pauperis* form or pay the filing fee. ECF No. 9. In response, Campbell filed an objection stating she "was seeking approval for an alternate route to finance the court fees, and therefore waited for a decision regarding payment to submit the Complaint." ECF No. 10.

I have conducted a de novo review of the issues set forth in Judge Youchah's Report and Recommendation under Local Rule IB 3-2. Campbell's objection does not rebut Judge Youchah's findings or conclusions, or offer any reason why I should not accept her recommendation. Campbell has had more than enough time to comply with Judge Youchah's order but has failed to do so. Judge Youchah's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own. I will dismiss this lawsuit without prejudice to Campbell's ability to pursue her claims by filing a new lawsuit.

/ / / /

/ / / /

I THEREFORE ORDER that the Report and Recommendation (ECF No. 9) is accepted, and this case is DISMISSED without prejudice.  The clerk of court is directed to close this case.

Dated:  May 9, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE